UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,        )
                                 )    1:05-cr-184 AWI
                                 )
              Plaintiff,         )    NEW CASE NUMBER:
                                 )
      v.                         )    1:05-cr-184 OWW
                                 )
WENDELL MOULTRIE, et al.,        )
                                 )
                                 )    ORDER REASSIGNING CASE
              Defendant.         )
                                 )
_____)
```

It appears that this matter is related to an earlier wire-tap issued by the Honorable Oliver W. Wanger;

IT IS HEREBY ORDERED THAT this matter is reassigned from the docket of United States District Judge Anthony W. Ishii to the docket of United States District Judge Oliver W. Wanger.

To prevent a delay in documents being received by the correct judicial officer, the new case number should now be used on all documents.

**1:05-cr-184 OWW**

The next scheduling conference in this matter is set for June 20, 2005 at 9:00 a.m. before Judge Wanger in Courtroom Two.

DATED: 6/14/05                             /s/ OLIVER W. WANGER

                                    _____
                                         OLIVER W. WANGER
                                    UNITED STATES DISTRICT JUDGE

1