```
McGREGOR W. SCOTT
United States Attorney
KEVIN P. ROONEY
Assistant U.S. Attorney
1130 O Street, Room 3654
Fresno, CA 93721
Telephone: (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  | 1:05-CR-00184 AWI |
| Plaintiff,  ) | |
| v.  ) | STIPULATION REGARDING |
|   ) | PROTECTIVE ORDER |
| WENDELL MOULTRIE,  ) | AND ORDER |
| Defendant.  ) | |

The parties to this action, by and through their respective counsel, stipulate and agree as follows:

1. Electronic surveillance was conducted in connection with the investigation in this case No. 1:05-cr-00184 AWI. Accordingly, numerous documents were filed with the Court, under seal, relating to the electronic surveillance.

2. Persons who have not been charged in any criminal conduct, but who were identified in the documents filed with the court regarding the electronic surveillance and/or whose communications were intercepted have privacy interests.

///

///

1

3.   Pursuant to its discovery obligations, the government is required to disclose to the defendants the documents filed with the Court and the intercepted communications.

4.   Such disclosure by the government will implicate the privacy interest of the persons mentioned in paragraph 2 above.

5.   Therefore, the parties and defense counsel, including but not limited to defense counsel's staff, investigators, and outside assistants, shall not disclose the contents of the documents released by the government through discovery except as necessary for investigative work for the prosecution or for the presentation of defenses in this case.

6.   The documents filed with the Court in connection with the electronic surveillance in this case shall remain sealed form the general public.

Dated: June __, 2005                           Respectfully submitted,

                                               McGREGOR W. SCOTT
                                               United States Attorney


                                         By:  _____
                                               KEVIN P. ROONEY
                                               Assistant U.S. Attorney


Dated: June __, 2005                           /s/ Mike Karagozian
                                               MIKE KARAGOZIAN
                                               Attorney for Defendant
                                               Wendell Moultrie


Dated: June __, 2005                           /s/ Roger Litman
                                               ROGER LITMAN
                                               Attorney for Defendant
                                               Peter Rodriguez

Dated: June __, 2005                           /s/ Barbara O'Neill
                                               BARBARA O'NEILL
                                               Attorney for Defendant
                                               Ronnie Rodriguez

<u>ORDER</u>

Pursuant to the stipulation of the parties set forth above, IT IS HEREBY ORDERED:

1. The United States Attorney may provide as discovery in this case all court documents filed in connection with the electronic surveillance the intercepted communications themselves.

2. The parties and defense counsel, including but not limited to defense counsel's staff, investigators, and outside assistants, shall not disclose the contents of the documents release by the government through discovery except as necessary for investigative work for the prosecution or presentation of defenses in this case.

3. The documents filed with the Court in connection with the electronic surveillance in this case shall remain sealed form the general public.

IT IS SO ORDERED.

**Dated:   July 6, 2005**                         **/s/ Anthony W. Ishii**
0m8i78                                            UNITED STATES DISTRICT JUDGE

3