ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  (559) 237-6000

Attorney for Defendant, PETER RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PETER RODRIGUEZ,<br><br>　　　　Defendant.<br>_____ | CASE NO: CRF-05-0184 AWI<br><br>**STIPULATION AND ORDER**<br>**TO CONTINUE HEARING** |

　　　The parties hereto, by and through their respective attorneys, stipulate and agree that the motions hearing scheduled for August 8, 2005, be continued until October 3, 2005 at 9:00 a.m. in the above-entitled court.

　　　This request is made to allow defense counsel additional time for investigation and case preparation.

　　　The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: July 26, 2005　　　　　　　　　/s/ Kevin Rooney
　　　　　　　　　　　　　　　　　　　　KEVIN ROONEY
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　**This was agreed to by Mr. Rooney**
　　　　　　　　　　　　　　　　　　　　**via telephone, on July 26, 2005**

1

1  DATED: July 26, 2005					/s/ Roger K. Litman
							ROGER K. LITMAN
2							Attorney for Defendant
							PETER RODRIGUEZ
3

4
   IT IS SO ORDERED.
5
   **Dated:   July 28, 2005**				      **/s/ Anthony W. Ishii**
6  0m8i78						UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2