UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

**PRETRIAL SERVICES VIOLATION PETITION**

FILED
2005 DEC 16  A 10: 26
CLERK, US DIST COURT
EASTERN DIST. OF CALIF
AT FRESNO
BY_____
DEPUTY

The United States,

-vs-

Peter Rodriguez           Docket No. 1:05CR00184 AWI

**COMES NOW** Montgomery L. Olson, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Peter Rodriguez, who was placed on bond by the Honorable Dennis L. Beck, Chief United States Magistrate Judge, sitting in the Court at Fresno, California, on the 27th day of May, 2005, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**OFFENSE:** Conspiracy to Distribute and Possess With Intent to Distribute Cocaine and Cocaine Base/Crack; and, Possession With Intent to Distribute Cocaine Base/Crack

**BOND CONDITIONS:** Please see attached.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** ON December 1, 2005, the defendant, Peter Rodriguez, submitted a urine sample which subsequently tested positive for the presence of methamphetamine, amphetamine, and marijuana.

**PRAYING THAT THE COURT WILL ORDER** This defendant's conditions of release revoked pending a bond violation hearing and a no-bail bench warrant be issued for Mr. Rodriguez's arrest.

**LAST KNOWN ADDRESS:** 3327 W. Princeton Avenue, Fresno, California 93722

**TELEPHONE NUMBER:** (559) 274-0702

I declare under penalty of perjury that the foregoing is true and correct

Respectfully submitted,
/s/ Montgomery L. Olson
Pretrial Services Officer
DATE: December 16, 2005

***ORDER***

_✓_ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ _no Bail_ .
___ The Court hereby orders this ex parte motion and order be sealed.
___ The Court orders a summons be issued with an appearance date of _____.
___ The Court hereby orders this matter placed on this court's calendar on_____, at _____ am/pm and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.
___ The Court orders no action be taken.

Considered and ordered this _16th_ day of _Dec_, 20_05_, and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge/U.S. District Judge

*CONDITIONS OF RELEASE*

1. *You shall be released on a $100,000 unsecured bond, signed by his brother, Carlos Rodriguez, Jr.*

2. *You shall report to and comply with the rules and regulations of the Pretrial Services Agency;*

3. *You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;*

4. *You are released to the third party custody of Westcare Residential Treatment Program; and, you shall reside at and participate in the residential substance abuse treatment program as directed by program staff and Pretrial Services;*

5. *You shall refrain from any use of alcohol or any use or possession of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner;*

6. *You shall report any prescriptions to the Pretrial Services Officer within 48 hours of receipt;*

7. *You shall submit to drug and/or alcohol testing as directed by the Pretrial Services Officer;*

8. *You shall participate in a program of medical or psychiatric treatment including treatment for drug and/or alcohol dependency, and pay for costs as approved by the Pretrial Services Officer;*

9. *You shall not associate or have any contact with codefendants Wendell Moultrie and Ian Thomas, or Ronnie Rodriguez, unless in the presence of counsel or otherwise approved in advance by the Pretrial Services Officer;*

On August 29, 2005, Your Honor ordered the following modifications to the defendant's release conditions after he successfully completed the residential substance abuse treatment program:

10. *You shall reside at a residence approved by Pretrial Services and not move or absent yourself from this residence for more than 24 hours without the prior approval of the Pretrial Services Officer;*

11. *Your travel is restricted to Fresno County unless otherwise approved in advance by the Pretrial Services Officer; and,*

12. *You shall submit to the search of your person, property, residence, and vehicle by the Pretrial Services Officer, and any other law enforcement officer under the immediate and personal supervision of the Pretrial Services Officer, without a search warrant.*