ROGER K. LITMAN, 57634
Attorney at Law
Civic Center Square
2300 Tulare Street, Suite 230
Fresno, California  93721
Telephone:  (559) 237-6000

Attorney for Defendant, PETER RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>PETER RODRIGUEZ,<br><br>　　　　Defendant. | CASE NO: CRF-05-0184 OWW<br><br>**STIPULATION AND ORDER<br>TO CONTINUE HEARING** |

　　　　The parties hereto, by and through their respective attorneys, stipulate and agree that the motions hearing scheduled for April 24, 2006, be continued until May 15, 2006 at 11:00 a.m. in the above-entitled court.

　　　　The continuance is necessitated by the illness and recent death of defense counsel's father.

　　　　The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: April 19, 2006　　　　　　/s/ Kevin Rooney
　　　　　　　　　　　　　　　　　　KEVIN ROONEY
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　**This was agreed to by Mr. Rooney
　　　　　　　　　　　　　　　　　　via telephone, on April 19, 2006**

1

1 | DATED: April 19, 2006        /s/ J.M. Irigoyen
                                  J.M. IRIGOYEN
2                                 Attorney for Defendant
                                  RONNIE RODRIGUEZ
3                                 **This was agreed to by Mr. Irigoyan via telephone, on April 19, 2006**

4

5 | DATED: April 19, 2006        /s/ Roger K. Litman
                                  ROGER K. LITMAN
6                                 Attorney for Defendant
                                  PETER RODRIGUEZ

7 | IT IS SO ORDERED.

8 | **Dated:  April 19, 2006**           **/s/ Oliver W. Wanger**
9 | emm0d6                                UNITED STATES DISTRICT JUDGE

2