1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Seeking Appointment as Attorney for Defendant
   PETER RODRIGUEZ

            IN THE UNITED STATES DISTRICT COURT

            FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. F 05-184 OWW |
| ) | |
| Plaintiff, ) | **REQUEST FOR APPOINTMENT OF** |
| ) | **COUNSEL; ORDER** |
| v. ) | |
| ) | **RETROACTIVE CRACK COCAINE** |
| PETER RODRIGUEZ, ) | **REDUCTION CASE** |
| ) | Date:  March 24, 2008 |
| Defendant. ) | Time:  9:00 a.m. |
| ) | Judge: Hon. OLIVER W. WANGER |
| _____ ) | |

     Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, PETER RODRIGUEZ, hereby requests the court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter as counsel to represent him with respect to his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed February 28, 2008.  Mr. Porter is familiar with the case and is willing to accept the appointment.[*]

     Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise novel legal issues surrounding application of the United States Sentencing Commission's

---

     [*] Mr. Rodriguez has authorized the undersigned to file this application on his behalf.

recent retroactive reduction of sentences under the crack cocaine guidelines.  Because Mr. Rodriguez's substantial rights may be affected by these criminal proceedings, he is constitutionally entitled to appointment of counsel.  *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Attached is Mr. Rodriguez's signed financial affidavit.

Accordingly, Mr. Rodriguez requests the Court issue the order lodged herewith.

Dated:  February 28, 2008

>                             Respectfully submitted,
>
>                             DANIEL J. BRODERICK
>                             Federal Defender
>
>                               /s/ *David M. Porter*
>                             DAVID M. PORTER
>                             Assistant Federal Defender
>
>                             Seeking Appointment as Attorney for Movant
>                             PETER RODRIGUEZ

## **O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

IT IS SO ORDERED.

**Dated:   February 28, 2008**            **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

REQUEST FOR APPOINTMENT OF COUNSEL

-2-