DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PETER RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. F 05-184 OWW |
| ) | |
| Plaintiff, ) | **ORDER REDUCING SENTENCE PURSUANT** |
| ) | **TO 18 U.S.C. § 3582(c)(2)** |
| v. ) | |
| ) | **RETROACTIVE CRACK COCAINE** |
| PETER RODRIGUEZ, ) | **REDUCTION CASE** |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on February 28, 2008.  The motion was set for hearing on April 21, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

The parties agree, and the Court finds, that Mr. Rodriguez is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 24 to 22.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to 35 months;

IT IS FURTHER ORDERED that all other terms and provisions of the

1  original judgment remain in effect.
2       Unless otherwise ordered, Mr. Rodriguez shall report to the United
3  States Probation office closest to the release destination within
4  seventy-two hours.
5  IT IS SO ORDERED.
6  **Dated:   April 17, 2008**                       /s/ Oliver W. Wanger
                                              UNITED STATES DISTRICT JUDGE

ORDER REDUCING SENTENCE
-2-