# UNITED STATES DISTRICT COURT
## for the
### EASTERN District of CALIFORNIA

| | |
|---|---|
| United States of America ) | |
| v. ) | CORRECTED |
| PETER RODRIGUEZ ) | Case No: 1:05CR184-002 |
| ) | USM No: 62279-097 |
| Date of Previous Judgment: December 13, 2006 ) | David Porter, Asst. Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**FILED APR 30 2008 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK**

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  39  months **is reduced to**  35 months  .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 26 | Amended Offense Level: | 24 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 92 to 115 months | Amended Guideline Range: | 77 to 96 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
X The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated  12/13/2006  shall remain in effect.
**IT IS SO ORDERED.**

Order Date: April 30, 2008                                    /s/ OLIVER W. WANGER
                                                                                    Judge's signature

Effective Date: _____                Oliver W. Wanger, U. S. District Judge
(if different from order date)                                     Printed name and title